## FRANK MOBLEY v. STATE.

No. A-1018.    Opinion Filed January 5, 1912.

Appeal from Jackson County Court; W. T. McConnell, Judge.

Frank Mobley was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

H. E. Johnson and P. K. Morrill, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Judgment was rendered in the trial court on the 20th day of December, 1910, at which time the trial court allowed sixty days in which to file the appeal in this court. The appeal was filed on the 20th day of February, 1911, more than sixty days after the rendition of the judgment. The Attorney General has moved to dismiss the appeal on this ground. The motion is sustained, and the appeal accordingly dismissed.

## CHARLES MILLION v. STATE.

No. A-1014.    Opinion Filed January 5, 1912.

Appeal from Creek County Court; Josiah G. Davis, Judge.

Charles Million was convicted of violating the prohibitory law, and appeals. Affirmed.

Thompson & Smith, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. A careful examination of the record discloses no error sufficiently prejudicial to justify a reversal of this judgment. It is therefore affirmed.